No. 2,742.—STATE EX REL. E. S. JOHNSON, RELATOR, *v.* FOURTH JUDICIAL DISTRICT COURT ET AL., RESPONDENTS.

Original application for writ of prohibition.

Decided June 28, 1909.

PER CURIAM.—Relator's petition for writ of prohibition herein is, after due consideration by the court, denied.

*Messrs. Marshall & Stiff,* for Relator.

---

No. 2,789.—STATE EX REL. FRANK KNUCKLEY, RELATOR, *v.* DISTRICT COURT OF THE SECOND JUDICIAL DISTRICT ET AL., RESPONDENTS.

Original application for writ of prohibition.

Decided October 11, 1909.

PER CURIAM.—Relator's application for writ of prohibition, heretofore submitted, is, after due consideration by the court, denied.

*Mr. John A. Davies* and *Messrs. Maury & Templeman,* for Relator.